\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CSTIPTOEXTENDTIME001.docx

Law Offices of
**ZINDER & KOCH**     (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, | Case No.: 3:14-CV-04576-JCS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))** |
| vs. | |
| RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D. | Complaint served: 10/29/2014 <br> Current response date: 11/19/2014 <br> New response date: 12/19/2014 <br><br> **Case Management Conference** <br> Date: January 16, 2015 <br> Time: 2:00 p.m. <br> Courtroom: G |
| Defendants. | |

**TO THE HONORABLE COURT:**

Plaintiff, Financial Indemnity Company ("Plaintiff") and Defendant, Express Messenger Systems, Inc. dba Ontrac stipulate, through their counsel of record that the

-1-

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))

ZINDER & KOCH
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CSTIPTOEXTENDTIME001.docx

1  time for Defendant, Express Messenger Systems, Inc. dba Ontrac to respond to the

2  complaint in this action shall be extended 30 days, from November 19, 2014 to

3  December 19, 2014.

Respectfully Submitted,
**ZINDER & KOCH**

DATED:  November 13, 2014    BY: _____

JEFFREY E. ZINDER, ESQ.
Attorney for Plaintiff,
FINANCIAL INDEMNITY COMPANY

**SNELL & WILMER LLP**

DATED:  November 13, 2014    BY: _____ for

RANDOLPH MOORE, ESQ.
Attorney for Defendants,
Express Messenger Systems, Inc. dba
Ontrac

DAted: 11/17/14

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a) )

ZINDER & KOCH
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-MEF.docx

Law Offices of
**ZINDER & KOCH**
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FINANCIAL INDEMNITY
COMPANY,

        Plaintiff,

    vs.

RAHEEL NADEEM dba SHAN
EXPRESS, JUSTIN JAMES
HANESWORTH CASTELLANOS,
EXPRESS MESSENGER SYSTEMS,
INC. dba ONTRAC, LISA BERGLUND,
Personal Representative of the Estate of
JOY COVEY, Deceased, TYLER
GERSTEIN, a minor, by and through his
Guardian ad Litem, LEE  GERSTEIN,
M.D.

        Defendants.

Case No.: 3:14-CV-04576-JCS

**CERTIFICATE OF SERVICE OF
STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO
INITIAL COMPLAINT (Civil L.R. 6-
1(a))**

MARIA E. FLORES certifies and declares as follows:

I am over the age of 18 years and not a party to this action. My business address is 15455 San Fernando Mission Blvd. Suite 409 Mission Hills, CA 91345,

-1-
CERTIFICATE OF SERVICE

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-MEF.docx

which is located in the city, county and state where the mailing described below took place. On **November 14, 2014**, I deposited in the United States Mail at Mission Hills, California, a copy of the **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))**, a copy of which is attached to this Certificate, as set forth below:

Randolph Moore, Esq.
Snell & Wilmer, LLP
600 Anton Blvd. Suite 1400
Costa Mesa, CA 92626
(714) 427-7007
Fax (714) 427-7799
E-mail: RMoore@swlaw.com

Robert F. Kethcart, Esq.
Snell & Wilmer, LLP
400 E. Van Buren Street, Suite 1900
Phoenix, AZ 85004
(602) 382653
Fax (602) 382-6070
E-Mail: RKethcart@swlaw.com

I certify under penalty of perjury that the foregoing is true and correct.
Executed on **November 14, 2014**.

BY:  **/S/  MARIA E. FLORES**
MARIA E. FLORES
Declarant.

ZINDER & KOCH
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

-2-

CERTIFICATE OF SERVICE