\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCMCREPORTSTMT002.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.<br><br>  Defendants. | Case No.: 3:14-CV-04576-JCS<br><br>**REPORT BY COUNSEL ON STATUS OF PREVIOUSLY UNSERVED PARTIES FOR USE AT CONTINUED CASE MANAGEMENT CONFERENCE**<br><br>**Continued CMC**<br>**Date: May 15, 2015**<br>**Time: 2:00 p.m.**<br>**Courtroom: G** |

TO THE COURT AND ALL PARTIES:

Plaintiff pursuant to the Court's Order issued during the initial Case Management Conference does hereby offer the following status report to the Court:

-1-
REPORT ON STATUS OF SERVICE FOR CONTINUED CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER

G:\clients\FIC COVERAGE\14-11244.01C\14-11244.01CJOINTCMCSTMT002.docx

Plaintiff served, as set forth below all parties.

Plaintiff has reached an agreement with Counsel for Tyler Gerstein, a minor, by and through his Guardian Ad Litem Lee Gerstein, M.D., to accept service and we anticipate a responsive pleading within the next Thirty (30) days. Counsel for Lee Gerstein, M.D. has signed a Notice of A Lawsuit and Request to Waive Service of A Summons and it has been filed with the court on May 1, 2015 (Ex. 1).

Plaintiff has served Lisa Berglund, Personal Representative of the Estate of Joy Covey on April 1, 2015. On April 27, 2015 we prepared a Stipulation to extend time to respond to the complaint to be signed by counsel for Lisa Berglund on behalf of the Estate of Joy Covey. This Stipulation was filed with the Court and is attached herewith. (Ex. 2)

Plaintiff and said party are in the process of finalizing another Stipulation whereby the determination in this action between the other parties will be fully binding as between these parties and upon receipt of that Stipulation will file same with the Court and dismiss without prejudice Lisa Berglund, Personal Representative of the Estate of Joy Covey.

Plaintiff therefore requests a further continuance of the Case Management Conference for 45 days or as established by the Court.

ZINDER, KOCH & MCBRATNEY

DATED: May 4, 2015       BY: _____
                             JEFFREY E. ZINDER, ESQ.
                             Attorney for Plaintiff,
                             FINANCIAL INDEMNITY COMPANY

-2-

REPORT ON STATUS OF SERVICE FOR CONTINUED CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER

G:\clients\FIC COVERAGE\14-11244.01C\14-11244.01CJOINTCMCSTMT002.docx

## CASE MANAGEMENT ORDER

The Court finds good cause to order the further continuance of the Case Management Conference until _____ 20___.

IT IS SO ORDERED:



Dated: 5/11/15

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

REPORT ON STATUS OF SERVICE FOR CONTINUED CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER

# EXHIBIT "1"

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Financial Indemnity Company | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:14-CV-04576-JCS |
| Nadeem | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: RICHARD H. SCHOENBERGER, ESQ. ON BEHALF OF DEFENDANT, LEE GERSTEIN, M.D.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __03/30/2015__

*Signature of the attorney or unrepresented party*

RICHARD H. SCHOENBERGER, ESQ.
*Printed name*

650 California St. 26TH Floor
San Francisco, CA 94108
*Address*

RSchoenberger@WalkupLawOffice.com
*E-mail address*

(415) 981-7210
*Telephone number*

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**    (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>             Plaintiff,<br><br>   vs.<br><br>RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.<br><br>             Defendants. | Case No.: 3:14-CV-04576-JCS<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS** |

I am familiar with the United State District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, the following documents were electronically filed with the court **May 1, 2015**:

-1-
CERTIFICATE OF SERVICE

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jeremy M. Jessup, Esq.

Cholakian & Associates

400 Oyster Point Blvd. Suite 415

South San Francisco, CA 94080

(650) 871-9544

Fax (650) 871-9552

E-Mail: Jjessup@cholakian.net


Richard H. Schoenberger, Esq.

Walkup, Melodia, Kelly & Schoenberger

650 California Street, 26TH Floor

San Francisco, CA 94108-2615

(415) 981-7210

Fax (415) 391-6965

E-Mail: RSchoenberger@WalkupLawOffice.com


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 1, 2015**, Mission Hills, California.

                                                    /s/ Maria E. Flores
                                                  Declarant.

ZINDER, KOCH & McBRATNEY
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

# EXHIBIT "2"

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CSTIPTOEXTENDTIME-LISABERGLUND001.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**   (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.<br><br>Defendants. | Case No.: 3:14-CV-04576-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))**<br><br>Complaint served: 4/1/2015<br>Current response date: 4/22/2015<br>New response date: 5/6/2015<br><br>**Case Management Conference**<br>**Date: May 15, 2015**<br>**Time: 2:00 p.m.**<br>**Courtroom: G** |

**TO THE HONORABLE COURT:**

Plaintiff, Financial Indemnity Company ("Plaintiff") and Defendant, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY stipulate,

-1-

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CSTIPTOEXTENDTIME-LISABERGLUND001.docx

through their counsel of record that the time for Defendant, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY to respond to the complaint in this action shall be extended 14 days, from April 22, 2015 to May 6, 2015.

Respectfully Submitted,
ZINDER, KOCH & MCBRATNEY

DATED: May 4, 2015          BY: _____
                                 JEFFREY E. ZINDER, ESQ.
                                 Attorney for Plaintiff,
                                 FINANCIAL INDEMNITY COMPANY


HOLLAND & HART, LLP

DATED: May 4, 2015          BY: _____
                                 MATTHEW HIPPLER, ESQ.
                                 Attorney for Defendant,
                                 Lisa Berglund,
                                 Personal Representative of the
                                 Estate of Joy Covey

ZINDER, KOCH & McBRATNEY
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**   (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.<br><br>Defendants. | Case No.: 3:14-CV-04576-JCS<br><br>**CERTIFICATE OF SERVICE OF STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br>(Civil L.R. 6-1(a)) |

I am familiar with the United State District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, the following documents were electronically filed with the court **May 8, 2015:**

-1-
CERTIFICATE OF SERVICE

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))**

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jeremy M. Jessup, Esq.
Cholakian & Associates
400 Oyster Point Blvd. Suite 415
South San Francisco, CA 94080
(650) 871-9544
Fax (650) 871-9552
E-Mail: Jjessup@cholakian.net

Richard H. Schoenberger, Esq.
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26TH Floor
San Francisco, CA 94108-2615
(415) 981-7210
Fax (415) 391-6965
E-Mail: RSchoenberger@WalkupLawOffice.com

Timothy J. Riley, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3000

ZINDER, KOCH & McBRATNEY
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

1  Fax (775) 786-6179
2  E-Mail: TRiley@hollandhart.com
3
4  I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6  Executed on **May 8, 2015**, Mission Hills, California.
7
8                                            /s/ Maria E. Flores
                                              Declarant.

ZINDER, KOCH & McBRATNEY
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**     (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@zkmlaw.com

Attorney for Plaintiff, Financial Indemnity Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D. <br><br> Defendants. | Case No.: 3:14-CV-04576-JCS <br><br> **CERTIFICATE OF SERVICE OF REPORT BY COUNSEL ON STATUS OF PREVIOUSLY UNSERVED PARTIES FOR USE AT CONTINUED CASE MANAGEMENT CONFERENCE** |

    I am familiar with the United State District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, the following documents were electronically filed with the court **May 8, 2015:**

-1-
CERTIFICATE OF SERVICE

**REPORT BY COUNSEL ON STATUS OF PREVIOUSLY UNSERVED PARTIES FOR USE AT CONTINUED CASE MANAGEMENT CONFERENCE**

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jeremy M. Jessup, Esq.
Cholakian & Associates
400 Oyster Point Blvd. Suite 415
South San Francisco, CA 94080
(650) 871-9544
Fax (650) 871-9552
E-Mail: Jjessup@cholakian.net

Richard H. Schoenberger, Esq.
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26TH Floor
San Francisco, CA 94108-2615
(415) 981-7210
Fax (415) 391-6965
E-Mail: RSchoenberger@WalkupLawOffice.com

Timothy J. Riley, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

(775) 327-3000

Fax (775) 786-6179

E-Mail: TRiley@hollandhart.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 8, 2015**, Mission Hills, California.

/s/ Maria E. Flores
Declarant.

ZINDER, KOCH & McBRATNEY
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

-3-
CERTIFICATE OF SERVICE