\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CSTIPTOEXTENDTIME-LISABERGLUND001.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**   (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.<br><br>Defendants. | Case No.: 3:14-CV-04576-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a) )**<br><br>Complaint served: 4/1/2015<br>Current response date: 4/22/2015<br>New response date: 5/6/2015<br><br>**Case Management Conference**<br>**Date: May 15, 2015**<br>**Time: 2:00 p.m.**<br>**Courtroom: G** |

**TO THE HONORABLE COURT:**

Plaintiff, Financial Indemnity Company ("Plaintiff") and Defendant, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY stipulate,

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a) )

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CSTIPTOEXTENDTIME-LISABERGLUND001.docx

through their counsel of record that the time for Defendant, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY to respond to the complaint in this action shall be extended 14 days, from April 22, 2015 to May 6, 2015.

Respectfully Submitted,
ZINDER, KOCH & MCBRATNEY

DATED: May 4, 2015                BY: _____
                                  JEFFREY E. ZINDER, ESQ.
                                  Attorney for Plaintiff,
                                  FINANCIAL INDEMNITY COMPANY

HOLLAND & HART, LLP

DATED: May 4, 2015                BY: _____
                                  MATTHEW HIPPLER, ESQ.
                                  Attorney for Defendant,
                                  Lisa Berglund,
                                  Personal Representative of the
                                  Estate of Joy Covey

Dated: 5/11/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZINDER, KOCH & McBRATNEY
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**    (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>              Plaintiff,<br><br>       vs.<br><br>RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.<br><br>              Defendants. | Case No.: 3:14-CV-04576-JCS<br><br>**CERTIFICATE OF SERVICE OF STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br>(Civil L.R. 6-1(a)) |

I am familiar with the United State District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, the following documents were electronically filed with the court **May 8, 2015**:

-1-
CERTIFICATE OF SERVICE

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (Civil L.R. 6-1(a))

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jeremy M. Jessup, Esq.
Cholakian & Associates
400 Oyster Point Blvd. Suite 415
South San Francisco, CA 94080
(650) 871-9544
Fax (650) 871-9552
E-Mail: Jjessup@cholakian.net

Richard H. Schoenberger, Esq.
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26TH Floor
San Francisco, CA 94108-2615
(415) 981-7210
Fax (415) 391-6965
E-Mail: RSchoenberger@WalkupLawOffice.com

Timothy J. Riley, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3000

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

Fax (775) 786-6179

E-Mail: TRiley@hollandhart.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 8, 2015**, Mission Hills, California.

/s/ Maria E. Flores
Declarant.