Law Offices of
**ZINDER, KOCH & McBRATNEY**
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FINANCIAL INDEMNITY COMPANY,

  Plaintiff,

vs.

RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.

  Defendants.

Case No.: 3:14-CV-04576-JCS

**STIPULATION BETWEEN PARTIES**

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO:

That the Defendant, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, agrees to be bound for all purposes as to the outcome of this matter

-1-

STIPULATION BETWEEN PARTIES

1  consistent with the determination of coverage or lack thereof as being contested
2  between Plaintiff and the remaining Defendants. Plaintiff will also be bound by said
3  determination.
4      That in reliance upon this Stipulation, Plaintiff will dismiss LISA
5  BERGLUND, Personal Representative of the Estate of JOY COVEY without
6  prejudice from the instant action. That in reliance upon their dismissal LISA
7  BERGLUND, Personal Representative of the Estate of JOY COVEY will not be
8  filing a formal answer to the complaint.
9      That each party to this Stipulation shall bear their own costs and attorneys fees.
10     That each attorney signing this Stipulation represents and warrants that he has
11 full authority from their respective client(s) to enter into this Stipulation. That
12 electronic/fax signatures by counsel in counter-parts are deemed as if originals for all
13 purposes.
14
15
16 DATED: May 8, 2015                     ZINDER, KOCH & McBRATNEY
17
18                                        BY: JEFFREY E. ZINDER, ESQ.
19                                        Attorney for Plaintiff,
                                          FINANCIAL INDEMNITY COMPANY
20
21
22                                        HOLLAND & HART, LLP
23 DATED: May 8, 2015
24                                        BY: MATTHEW HIPPLER, ESQ.
25                                        Attorneys for Defendant,
                                          Lisa Berglund,
26 Dated: May 13, 2015                    Personal Representative of the
27                                        Estate of Joy Covey
28

ZINDER, KOCH & McBRATNEY
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA