\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CREQFORTELEPHONEAPPEARANCE003.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**  (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@ZinderKoch.com

Attorney for Plaintiff, Financial Indemnity Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D. <br><br> Defendants. | Case No.: 3:14-CV-04576-JCS <br><br> **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON** <br><br> Date: June 26, 2015 <br> Time: 2:00 p.m. <br> Courtroom: G |

///
///
///

-1-

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CREQFORTELEPHONEAPPEARANCE003.docx

Plaintiff, Financial Indemnity Company, through their attorney of record, requests a telephonic appearance at the June 26, 2015, 2:00 p.m. Case Management Conference.

**ZINDER, KOCH & MCBRATNEY**

DATED: June 24, 2015        BY: _____/S/_____
                            JEFFREY E. ZINDER, ESQ.
                            Attorneys for Plaintiff,
                            Financial Indemnity Company

## ORDER

The Plaintiff's request for telephonic appearance at the June 26, 2015, 2:00 p.m. Case Management Conference granted. Counsel shall be on phone standby and await the Court's call.

DATED: June 24, 2015          _____



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

-2-

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

Law Offices of
**ZINDER, KOCH & McBRATNEY**   (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
Professional Corporation
15455 San Fernando Mission Blvd. Suite 409
Mission Hills, CA 91345
(818) 760-0100
Facsimile (818) 760-0103

**Jeffrey E. Zinder, Esq. - SB#89980**
E-Mail: JEZinder@zkmlaw.com

Attorney for Plaintiff, Financial Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RAHEEL NADEEM dba SHAN EXPRESS, JUSTIN JAMES HANESWORTH CASTELLANOS, EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC, LISA BERGLUND, Personal Representative of the Estate of JOY COVEY, Deceased, TYLER GERSTEIN, a minor, by and through his Guardian ad Litem, LEE GERSTEIN, M.D.<br><br>Defendants. | Case No.: 3:14-CV-04576-JCS<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

I am familiar with the United State District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, the following document was electronically filed with the court **June 24, 2015**:

\\zpdc\data\clients\FIC COVERAGE\14-11244.01C\14-11244.01CCERTIFICATEOFSERVICE-ELECTRONICSERVICEMEF.docx

## PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

Arsen Sarapinian, Esq.

Cholakian & Associates

400 Oyster Point Blvd. Suite 415

South San Francisco, CA 94080

(650) 871-9544

Fax (650) 871-9552

E-Mail: asarapinian@cholakian.net

Richard H. Schoenberger, Esq.

Walkup, Melodia, Kelly & Schoenberger

650 California Street, 26TH Floor

San Francisco, CA 94108-2615

(415) 981-7210

Fax (415) 391-6965

E-Mail: RSchoenberger@WalkupLawOffice.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 24, 2015**, Mission Hills, California.

/s/ Maria E. Flores
Declarant.